UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 14–32863
 Chapter 13
Debra Watson,

    Debtor.

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on December 4, 2017 at 02:00 PM

to consider and act upon the following:

*37* – Motion to Substitute Collateral , in addition to Motion to Expedite Hearing filed by Joshua C. Milam on behalf of Debra Watson. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Milam, Joshua)

Dated November 28, 2017

Juan–Carlos Guerrero
Clerk of Court