# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re  
DEBRA WATSON,

    Debtor.

Case No. 14-32863-DHW  
Chapter 13

## ORDER GRANTING MOTION TO SUBSTITUTE COLLATERAL

The debtor filed a Motion to Substitute Collateral (Doc. #37) requesting to use insurance proceeds due on a vehicle that was totaled. The debtor would like to purchase a replacement vehicle with the insurance proceeds and grant Quantum3 Group LLC a lien on the replacement vehicle. The court held a hearing on the matter on December 4, 2017. In accordance with the ruling from the bench in open court, it is

ORDERED that the motion is GRANTED and the debtor may use the insurance proceeds to purchase a replacement vehicle. The debtor will grant Quantum3 Group LLC a lien on the replacement vehicle.

Done this 5th day of December, 2017.

/s/ Dwight A. Williams, Jr.  
Dwight H. Williams, Jr.  
United States Bankruptcy Judge

c:    Debtor  
      Joshua C. Milam, Attorney for Debtor  
      Sabrina L. McKinney, Trustee  
      Quantum3 Group LLC, Creditor