UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 14−32863
Chapter 13

Debra Watson,

    Debtor.

## Amended ORDER CONFIRMING PLAN

    The debtor's plan filed on October 21, 2014, was transmitted to creditors pursuant to Rule 3015, Federal Rules of Bankruptcy Procedure. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

    It is **ORDERED** that the debtor's chapter 13 plan, as amended if applicable, is **CONFIRMED**.

Dated December 6, 2017

*Dwight A. Williams, Jr.*

Dwight H. Williams Jr.
United States Bankruptcy Judge

```
                                  United States Bankruptcy Court
                                   Middle District of Alabama
In re:                                                                                  Case No. 14-32863-DHW
Debra Watson                                                                            Chapter 13
         Debtor                          CERTIFICATE OF NOTICE
District/off: 1127-2          User: ewalker                 Page 1 of 2                 Date Rcvd: Dec 06, 2017
                              Form ID: van297a              Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2017.
db             +Debra Watson,    569 GLADE PARK LOOP,    Montgomery, AL 36109-1811
3183805         ACS/NELNET,    P.O. BOX 2970,    Omaha, NE 68103-2970
3183806        +ALABAMA ER ADMIN,    P.O. BOX 4419,    Woodland Hills, CA 91365-4419
3183809         AMERICAN FAMILY CARE,    P.O. BOX 610410,    BIRMINGHAM, AL 35261-0410
3183812        +ARONOV REALTY,    3500 Eastern Blvd,    Montgomery, AL 36116-1781
3183811        +ARONOV REALTY,    P.O. BOX 235000,    Montgomery, AL 36123-5000
3183814        +BAPTIST MEDICAL CENTER,    2105 EAST SOUTH BOULEVARD,    MONTGOMERY, AL 36116-2409
3183815        +BAPTIST MEDICAL CENTER EAST,    PO BOX 241145,    Montgomery, AL 36124-1145
3183816        +BARRINGTON PLACE,    280 NEW HAVEN BLVD,    Montgomery, AL 36117-6300
3183817        +BYL COLLECTION SERVICE,    301 LACEY STREET,    West Chester, PA 19382-3727
3183819         CARE CREDIT,    P.O. BOX 1007,    Dayton, OH 45401-1007
3183820        +CHAMBLESS & MATH,    P.O. BOX 230759,    MONTGOMERY, AL 36123-0759
3183821        +CHECK N GO,    2851 East South Blvd STE C,    Montgomery, AL 36116-2513
3183822        +CHRISTIANA CARE HOSPITAL,    4755 OGLETOWN-STANTON ROAD,    Newark, DE 19718-0002
3183823         CONVERGENT OUTSOURCING,    500 SW 7TH STREET,    P O Box 9004,    Renton, WA 98057-9004
3183824        +CREDIT MANAGEMENT,    4200 INTERNATIONAL PKWY,    Carrollton, TX 75007-1912
3183826       ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                (address filed with court: DirecTV,     P O Box 538605,    Atlanta, GA 30353-8605)
3183827        +DIXIE ELECTRIC COOP.,    P.O. BOX 30,    UNION SPRINGS, AL 36089-0030
3183828        +DR. ROOSEVELT DANIEL,    524 E EDGEMONT AVE,    Montgomery, AL 36111-1321
3529421         ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
3183802         EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
3183804         EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
3183831        +JACKSON HOSPITAL,    1725 PINE STREET,    Montgomery, AL 36106-1117
3183832         KNOLOGY,    1241 O. G. SKINNER DRIVE,    West Point, GA 31833-1789
3183833        +MOTOR MAX,    P O Box 468,    Columbus, GA 31902-0468
3366287        +NELNET EDUCATION FUNDING TRUST on behalf of,    MHEAC d/b/a ASA,    Keith Coburn,
                 MHEAC d/b/a ASA,    100 Cambridge Street, Suite 1600,    Boston, MA 02114-2518
3183835        +Online Collections,    Post Office Box 1489,    Charlotte, NC 28263-0001
3183836        +PHOENIX FINANCIAL SERVICE,    8902 OTIS AVE STE 103A,    Indianapolis, IN 46216-1009
3187571        +Santander Consumer USA, Inc.,    Bankruptcy Dept.,    Po Box 560284,    Dallas, TX 75356-0284
3183803        +TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19016-2000
3183847        +WOW,    6050 Knology Way,    Columbus, GA 31909-4962
3248126        +ZINK CHIROPRACTIC,    c/o HOLLOWAY CREDIT SOLUTIONS, LLC,    PO BOX 230609,
                 MONTGOMERY, AL 36123-0609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 06 2017 20:40:12
                 Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
3183810        +E-mail/Text: bsimmons@amsher.com Dec 06 2017 20:38:30      AMSHER COLLECTIONS,
                 600 BEACON PKWY W STE 300,    Birmingham, AL 35209-3114
3183818         E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2017 20:40:18      CARE CREDIT,    P.O. BOX 960061,
                 Orlando, FL 32896-0061
3230479        +E-mail/Text: michael@car-llc.com Dec 06 2017 20:38:05      Capital Asset Recovery,
                 P.O. Box 192585,    Dallas, TX 75219-8523
3183825        +E-mail/PDF: pa_dc_ed@navient.com Dec 06 2017 20:40:12      DEPT OF EDUCATION/SALLIE MAE,
                 PO BOX 9635,    Wilkes Barre, PA 18773-9635
3183829        +Fax: 614-760-4092 Dec 06 2017 20:46:03      EASY MONEY,    3101 ATLANTA HIGHWAY,
                 Montgomery, AL 36109-3433
3183830         E-mail/Text: cio.bncmail@irs.gov Dec 06 2017 20:38:12      INTERNAL REVENUE SERVICE,
                 P O BOX 7317,    Philadelphia, PA 19101-7317
3183834        +E-mail/Text: bankruptcydepartment@tsico.com Dec 06 2017 20:38:33      NCO FIN/51,
                 507 PRUDENTAIL ROAD,    Horsham, PA 19044-2308
3250733         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 06 2017 20:45:38
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
3566670         E-mail/Text: bnc-quantum@quantum3group.com Dec 06 2017 20:38:17
                 Quantum3 Group LLC as agent for,    Wollemi Acquisitions LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
3183840        +E-mail/Text: appebnmailbox@sprint.com Dec 06 2017 20:38:18      SPRINT,    P O Box 105243,
                 Atlanta, GA 30348-5243
3199310         E-mail/Text: appebnmailbox@sprint.com Dec 06 2017 20:38:19      Sprint,    Attn Bankruptcy Dept,
                 PO Box 7949,    Overland Park KS 66207-0949
3183841        +E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2017 20:40:04      SYNCB/AMAZ,    4125 WINWARD PLAZA,
                 Alpharetta, GA 30005-8738
3183842        +E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2017 20:40:12      SYNCB/BELK,    4125 WINDWARD PLAZA,
                 Alpharetta, GA 30005-8738
3183844         E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2017 20:40:19      SYNCB/CARE,    P.O. BOX 960061,
                 Orlando, FL 32896-0061
3183843         E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2017 20:40:12      SYNCB/CARE,    P.O. BOX 965036,
                 Orlando, FL 32896-5036
3183845        +E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2017 20:40:04      SYNCB/JCP,    PO Box 965007,
                 Orlando, FL 32896-5007
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
3183839       +E-mail/Text: bankruptcy@speedyinc.com Dec 06 2017 20:38:13      Speedy Cash,
               1501 Eastern Bypass,    Montgomery, AL 36117-1605
3195633       +E-mail/Text: electronicbkydocs@nelnet.net Dec 06 2017 20:38:21      U.S. Department of Education,
               C/O Nelnet,   3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
3183813        E-mail/Text: legal_bankruptcy@badcock.com Dec 06 2017 20:38:03      BADCOCK,   151 N MEMORIAL DR,
               Prattville, AL 36067
3191458        E-mail/Text: legal_bankruptcy@badcock.com Dec 06 2017 20:38:03      W. S. Badcock, Corp.,
               P. O. Box 232,   Mulberry,FL 33860
3183846       +E-mail/Text: bnc-bluestem@quantum3group.com Dec 06 2017 20:38:31      WEBBANK/FINGERHUT,
               6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
3185601       +E-mail/Text: bnc-bluestem@quantum3group.com Dec 06 2017 20:38:31      Webbank-Fingerhut,
               6250 Ridgewood Rd,    St. Cloud, MN 56303-0820
                                                                                              TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3264901         (SOUTH) THE HEALTH CARE AUTHORITY FOR BAPTIST HEAL
3264904         MONTGOMERY, AL 36123
3264903         P.O. BOX 230759
3264902         c/o CHAMBLESS-MATH & CARR, PC
cr*             ECMC,   PO Box 16408,   St. Paul, MN  55116-0408
cr*             Quantum3 Group LLC as agent for,    Wollemi Acquisitions LLC,   PO Box 788,
                Kirkland, WA  98083-0788
cr*           ++W S BADCOCK CORPORATION,    POST OFFICE BOX 724,    MULBERRY FL 33860-0724
                (address filed with court:  W. S. Badcock. Corp.,    P. O. Box 232,   Mulberry, FL  33860)
3183807       ##+ALABAMA REAL ESTATE,   5751 WOODMERE BLVD,   Montgomery, AL 36117-1761
3183808       ##+ALLIED INTERSTATE,    P.O. BOX 4000,   Warrenton, VA 20188-4000
3183837       ##+PHOENIX FINANCIAL SERVICE,    P.O. BOX 26580,   Indianapolis, IN 46226-0580
3183838       ##+SANTANDER CONSUMER USA,    8585 N. STEMMONS FWY, STE 1100-N,   Dallas, TX 75247-3822
                                                                                     TOTALS: 4, * 3, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2017 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Joshua C. Milam    on behalf of Debtor Debra  Watson jmilam@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Richard D. Shinbaum    on behalf of Debtor Debra  Watson rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Sabrina L. McKinney    trustees_office@ch13mdal.com
                                                                                             TOTAL: 4
```